**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ZHEN LIN

|  |  |  |  |
|---|---|---|---|
| | Petitioner, | | 25 **CIVIL** 9639 (MKV) |

       -against-                                       **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity
as Field Office Director of Enforcement and Removal
Operations, New York City, Immigration and Customs
Enforcement; KRISTI NOEM, in her official capacity
as Secretary of the U.S. Department of Homeland
Security; PAMELA BONDI, in her official capacity as
Attorney General of the United States; EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW,

                             Respondents.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 22, 2025, the Petition is DENIED with

prejudice; accordingly, the case is closed.

**DATED:**  New York, New York
          December 23, 2025

                                     **TAMMI M. HELLWIG**
                              _____
                                      **Clerk of Court**

              **BY:**        *Negam Dulal*
                     _____
                                    **Deputy Clerk**